AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No: 3:23-mj-429 | Date and time warrant executed: 12/07/2023 9:00AM | Copy of warrant and inventory left with: Randall Hutchens |
|---|---|---|

Inventory made in the presence of:
Randall Hutchens

Inventory of the property taken and name of any person(s) seized:

See attached five pages of items seized.

FILED
Charlotte
Apr 04 2024
U.S. District Court
Western District of N.C.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/02/2024

*Jason Baumgardner*
Executing officer's signature

Jason Baumgardner Special Agent
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Randall Hutchens and the premises at<br>4733 Kirkgard Trail<br>Charlotte, NC 28269 | )<br>)  Case No. 3:23-mj-429<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____12/19/2023_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Susan Rodriguez, US Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  enter date

Signed: December 6, 2023

*[signature: Susan C. Rodriguez]*
Susan C. Rodriguez
United States Magistrate Judge

Date and time issued: 12/6/2023 1:26 PM

City and state:  Charlotte, North Carolina      Susan Rodriguez, U.S. Magistrate Judge, WDNC
*Printed name and title*

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
4733 Kirkgard Trail
Charlotte, NC 28269
Residence

**Investigation Number:**
1000319972

**Starting Date and Time:**
12/07/2023 09:00 AM

**Ending Date and Time:**
12/07/2023 02:49 PM

**Report Date:**
Friday, December 8, 2023

---

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** 1 |
| **Location:** | DINING ROOM | **Locator Code:** |
| **Found:** | Dining room table | |
| **Description:** | Seized per Warrant | Wells Fargo Receipts |
| | | IRS-Economic impact pymt printout |
| | | gmail-printout with name |
| | | receipt with name |
| | | yellow notepaper with names and bank acct #s |
| | | manilla folders with names and addresses |

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** 2 |
| **Location:** | TAKEN FROM PERSON | **Locator Code:** |
| **Found:** | Taken from person | |
| **Description:** | Seized per Warrant | Box 2= CIS crate |
| | | Apple iPhone XR S/N FFMFPGAPPLJN |

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** 2 |
| **Location:** | TAKEN FROM PERSON | **Locator Code:** |
| **Found:** | Taken from person | |
| **Description:** | Seized per Warrant | box 2 = CIS crate |
| | | iPhone XR S/N DX3ZK1KRKXKN |

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** 2 |
| **Location:** | OFFICE CLOSET | **Locator Code:** |
| **Found:** | On shelf in closet | |
| **Description:** | Seized per Warrant | Box 2 = CIS crate |
| | | Seagate 1 TB External Hard Drive S/N 2GHXPGVF |

| | | |
|---|---|---|
| **Control #:** | 5 | **Evidence Box:** 2 |
| **Location:** | OFFICE | **Locator Code:** |
| **Found:** | On desk | |
| **Description:** | Seized per Warrant | Box 2 = CIS crate |
| | | Sandisk Cruzer 4GB thumbdrive S/N SDCZ36C-004G |

| | | |
|---|---|---|
| **Control #:** | 6 | **Evidence Box:** 2 |
| **Location:** | OFFICE | **Locator Code:** |
| **Found:** | On desk | |
| **Description:** | Seized per Warrant | Box 2 = CIS crate |
| | | Lenovo IdeaPad S145 S/N PF1YD4SA |

| | | |
|---|---|---|
| **Control #:** | 7 | **Evidence Box:** 2 |
| **Location:** | OFFICE | **Locator Code:** |
| **Found:** | On cabinet | |
| **Description:** | Seized per Warrant | Box 2 = CIS crate |
| | | Toshiba Satellite P755-S5320 S/N 8B307468K |

| | | |
|---|---|---|
| **Control #:** | 8 | **Evidence Box:** 2 |
| **Location:** | GARAGE | **Locator Code:** |

| Found: | In vehicle | | |
|---|---|---|---|
| Description: | Seized per Warrant | Box 2 = CIS crate | |
| | | iPhone 11 S/N DX3HK4RWN72J | |
| Control #: | 9 | Evidence Box: | 1 |
| Location: | GARAGE | Locator Code: | |
| Found: | Bottom right drawer of desk | | |
| Description: | Seized per Warrant | Folders w/ property bid/refunds | |
| | | LOC Statements | |
| | | MISC Bank account documents | |
| Control #: | 10 | Evidence Box: | 1 |
| Location: | GARAGE | Locator Code: | |
| Found: | Top right drawer of desk | | |
| Description: | Seized per Warrant | Folders with property bids and refund requests | |
| Control #: | 11 | Evidence Box: | 3 |
| Location: | GARAGE | Locator Code: | |
| Found: | Top right drawer of desk | | |
| Description: | Seized per Warrant | TAINT MATERIAL | |
| | | Folder with property bids and refund requests | |
| Control #: | 12 | Evidence Box: | 1 |
| Location: | KITCHEN | Locator Code: | |
| Found: | Kitchen | | |
| Description: | Seized per Warrant | Various papers w/emails and passwords | |
| | | Signed note $275k | |
| | | Running balance owed | |
| | | Folders with name and addresses | |
| | | Bank accts | |

| Control #: | 13 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | KITCHEN | Locator Code: | |
| Found: | Kitchen counter | | |
| Description: | Seized per Warrant | $1,200 envelope - see cash bag #1015405 - that contains unknown amt of US currency | |
| Control #: | 14 | Evidence Box: | 1 |
| Location: | KITCHEN | Locator Code: | |
| Found: | Kitchen counter | | |
| Description: | Seized per Warrant | Unknown amount of US currency found inside white envelope with $1,200 on outside placed in bag #1015405 | |
| Control #: | 15 | Evidence Box: | 1 |
| Location: | KITCHEN | Locator Code: | |
| Found: | Kitchen counter | | |
| Description: | Seized per Warrant | $600 - envelope - see cash bag #1015406 - that contains unknown amt of currency | |
| Control #: | 16 | Evidence Box: | 1 |
| Location: | KITCHEN | Locator Code: | |
| Found: | Kitchen counter | | |
| Description: | Seized per Warrant | Unknown amount of currency - found in envelope marked $600 placed in bag #1015406 | |
| Control #: | 17 | Evidence Box: | 1 |
| Location: | BEDROOM 2 | Locator Code: | |

| | | | | |
|---|---|---|---|---|
| Found: | On top of dresser | | | |
| Description: | Seized per Warrant | Files with property records | | |
| Control #: | 18 | | Evidence Box: | 3 |
| Location: | BEDROOM 2 | | Locator Code: | |
| Found: | On top of dresser | | | |
| Description: | Seized per Warrant | TAINT MATERIAL | | |
| | | Files with property records | | |
| Control #: | 19 | | Evidence Box: | 1 |
| Location: | MASTER BEDROOM | | Locator Code: | |
| Found: | On Bed | | | |
| Description: | Seized per Warrant | gmail acct | | |
| | | property address | | |
| | | banking transfers; stmt | | |
| | | property - names/addresses | | |
| Control #: | 20 | | Evidence Box: | 1 |
| Location: | MASTER BEDROOM | | Locator Code: | |
| Found: | Dresser | | | |
| Description: | Seized per Warrant | Purchase Agreement 909 Alma Ave 2022 | | |

| | | | | |
|---|---|---|---|---|
| Control #: | 21 | | Evidence Box: | 1 |
| Location: | OFFICE | | Locator Code: | |
| Found: | Tall cabinet | | | |
| Description: | Seized per Warrant | Checks, deposits/receipts | | |
| Control #: | 22 | | Evidence Box: | 1 |
| Location: | OFFICE | | Locator Code: | |
| Found: | Tall cabinet | | | |
| Description: | Seized per Warrant | Letter, handwritten | | |
| Control #: | 23 | | Evidence Box: | 1 |
| Location: | MASTER CLOSET (A) | | Locator Code: | |
| Found: | In box on shelf | | | |
| Description: | Seized per Warrant | unknown amount of US currency | | |
| Control #: | 24 | | Evidence Box: | 1 |
| Location: | MASTER CLOSET (A) | | Locator Code: | |
| Found: | In an envelope in a box on shelf | | | |
| Description: | Seized per Warrant | Unknown amount of US currency | | |
| Control #: | 25 | | Evidence Box: | 1 |
| Location: | MASTER CLOSET (A) | | Locator Code: | |
| Found: | In an envelope in a box on shelf | | | |
| Description: | Seized per Warrant | Envelope marked $5,500 that contained unknown amount of US currency contained in bag #1015422 | | |
| Control #: | 26 | | Evidence Box: | 1 |
| Location: | OFFICE | | Locator Code: | |
| Found: | Tall cabinet | | | |
| Description: | Seized per Warrant | White Truist envelope with unknown amount of US currency placed in bag #1015048 | | |
| Control #: | 27 | | Evidence Box: | 1 |
| Location: | OFFICE | | Locator Code: | |
| Found: | In an envelope in tall cabinet | | | |
| Description: | Seized per Warrant | Unknown amount of US currency found in Truist envelope placed in cash bag #1015048 | | |

| Control #: | 28 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | OFFICE | Locator Code: | |
| Found: | In an envelope in tall cabinet | | |
| Description: | Seized per Warrant | unknown amount of US currency in white envelope cash bag #1014943 | |

| Control #: | 29 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | OFFICE | Locator Code: | |
| Found: | Tall cabinet | | |
| Description: | Seized per Warrant | white envelope that had unknown amount of US Currency inside see bag #1014943 | |
| Control #: | 30 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Tall cabinet | | |
| Description: | Seized per Warrant | credit cards | |
| Control #: | 31 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Desk | | |
| Description: | Seized per Warrant | expense listing crypto | |
| Control #: | 32 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Tall cabinet | | |
| Description: | Seized per Warrant | CD in envelope | |
| Control #: | 33 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Desk | | |
| Description: | Seized per Warrant | USB device | |
| Control #: | 34 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Office closet door | | |
| Description: | Seized per Warrant | Capital gains worksheet | |
| Control #: | 35 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Office closet | | |
| Description: | Seized per Warrant | USB device | |
| Control #: | 36 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Desk | | |
| Description: | Seized per Warrant | Bank information, dispute settlement | |
| Control #: | 37 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Desk drawer | | |
| Description: | Seized per Warrant | bank passwords | |

| Control #: | 38 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | OFFICE | Locator Code: | |
| Found: | Desk | | |
| Description: | Seized per Warrant | Property Information | |
| Control #: | 39 | Evidence Box: | 1 |
| Location: | OFFICE | Locator Code: | |
| Found: | Office closet inside suitcase | | |

| | | | | |
|---|---|---|---|---|
| **Description:** | Seized per Warrant | Property warranty documents, deeds | | |
| **Control #:** | 40 | | **Evidence Box:** | 1 |
| **Location:** | OFFICE | | **Locator Code:** | |
| **Found:** | Desk | | | |
| **Description:** | Seized per Warrant | Bank information | | |
| **Control #:** | 41 | | **Evidence Box:** | 3 |
| **Location:** | OFFICE | | **Locator Code:** | |
| **Found:** | Tall cabinet | | | |
| **Description:** | Seized per Warrant | TAIINT MATERIAL<br>handwritten notes, deed related records contained in manilla folders | | |
| **Control #:** | 42 | | **Evidence Box:** | 3 |
| **Location:** | OFFICE | | **Locator Code:** | |
| **Found:** | Office closet | | | |
| **Description:** | Seized per Warrant | TAINT MATERIAL<br>Federal court records and deed records contained within USPS mailer | | |
| **Control #:** | 43 | | **Evidence Box:** | 4 |
| **Location:** | OFFICE | | **Locator Code:** | |
| **Found:** | Tall cabinet | | | |
| **Description:** | Seized per Warrant | Property records<br>Business records<br>Financial records<br>Client records | | |
| **Control #:** | 44 | | **Evidence Box:** | 1 |
| **Location:** | OFFICE | | **Locator Code:** | |
| **Found:** | DESK | | | |
| **Description:** | Seized per Warrant | NA | | |